DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW LAKEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2111

[November 13, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole P. Menz, Judge; L.T. Case No. 31-2024-CT-000956A.

Daniel Eisinger, Public Defender, and Robert G. Porter, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***